IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIE EDWARD FREEMAN,<br><br>    Defendant. | CR 09-468-TUC-RCC<br><br>**ORDER** |

The Court has reviewed the Magistrate Judge's Report and Recommendation filed on May 14, 2009, and no objections having been filed.

**IT IS ORDERED ADOPTING** the Report and Recommendation (#23)

**IT IS FURTHER ORDERED DENYING** Defendant's Motion to Suppress (#15).

Trial remains set at this time for July 7, 2009 at 9:30 a.m.

DATED this 11th day of June, 2009.

_____
Raner C. Collins
United States District Judge